UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRACI ELIAS and DAPHNE MOTLEY, and others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>KIMBERLY-CLARK GLOBAL SALES, LLC,<br><br>    Defendant. | CIVIL ACTION<br>FILE NO: 1:14-CV-00096-LMM<br><br>FAIR LABOR STANDARDS ACT ACTION |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL**

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs Traci Elias and Daphne Motley (hereinafter referred to both individually and collectively as "Plaintiffs"), and Defendant Kimberly-Clark Global Sales, LLC ("Kimberly-Clark" or "Defendant") and move as follows:

1. This Motion is based on the records, pleadings and papers on file herein, together with the discovery exchanged with Defendants. Plaintiffs and their counsel no longer believe that this matter can be litigated as a class action.

2. Given the costs of proceeding with additional discovery and litigation of their claims, Plaintiffs and their counsel have negotiated an individual settlement of Plaintiffs' claims and will voluntarily dismiss their Complaint, including all class allegations.

3. The parties agree that the terms of the Confidential Settlement Agreement, attached to the Parties request to seal the agreement (submitted in paper form), is a fair and reasonable resolution of the dispute between the parties.

4. In a private action between the employer and employee, the court may approve any proposed settlement agreement "after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. U.S. By & Through U.S. Dep't of Labor, Employment Standards Admin., Wage & Hour Div.*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Bennett v. Behring Corp.*, 737 F.2d 982, 986 (11th Cir. 1984) (determining fairness of the settlement to be within the sound discretion of the trial court).

5. The parties jointly represent to the Court that they have reached a fair and reasonable compromise of the issues in this matter and respectfully request that the Court review the Confidential Settlement Agreement and attachments thereto *in camera*, approve such agreement, and dismiss with prejudice all claims and causes of action asserted by all Plaintiffs arising out of the facts forming the subject matter of the captioned proceeding, each party to bear his/her or its own costs.

WHEREFORE, the parties respectfully request that this Court grant this motion approving the Confidential Settlement Agreement and dismiss the claims of Plaintiffs Traci Elias and Daphne Motley, with prejudice, each party to bear

his/her or its own costs, and such other and further relief as the Court deems just and proper.

Respectfully submitted:

| | |
|---|---|
| /s/ Larry A. Pankey<br>Larry A. Pankey, Esq.<br>PANKEY & HORLOCK, LLC<br>Suite 200<br>1441 Dunwoody Village Parkway<br>Atlanta, GA 30338-4122<br>lpankey@pankeyhorlock.com<br><br>**Attorneys for Plaintiffs** | /s/ Brittany D. Kozal<br>Mitchell S. Allen<br>Georgia Bar No. 011305<br>BRYAN CAVE LLP<br>One Atlantic Center<br>Fourteenth Floor<br>1201 West Peachtree Street, N.W.<br>Atlanta, GA  30309<br>Telephone: (404) 572-6600<br>Facsimile:  (404) 572-6999<br>Mitchell.allen@bryancave.com<br><br>Daniel M. O'Keefe<br>Brittany D. Kozal<br>BRYAN CAVE LLP<br>One Metropolitan Square<br>211 N. Broadway, Suite 3600<br>St. Louis, Missouri 63102<br>Telephone: (314) 259-2000<br>Facsimile: (314) 259-2020<br>dmokeefe@bryancave.com<br>brittany.kozal@bryancave.com<br><br>**Attorneys for Defendants** |