IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRACI ELIAS, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>KIMBERLY-CLARK GLOBAL SALES,<br>LLC<br>       Defendant. | CASE NO.: 1:14-CV-96-LMM |

## ORDER

Pending before the Court is the Parties' Joint Motion for Approval of Settlement and Dismissal. On February 5, 2015, the Court conducted a telephone conference on the Parties' Motion. The Court heard argument from the parties and made findings of facts and conclusions of law on the record regarding the reasonableness of the settlement. The Court concluded that the settlement was reasonable and should be approved except for the following:

1. The confidentiality provision in paragraph 6 should be stricken; and
2. The provision in paragraph 7 requiring Plaintiff to return all copies of the Defendant's Response and Objections to Plaintiff's First Set of Interrogatories and Plaintiff' First Request for Production of Documents should also be stricken.

Both provisions impermissibly frustrate the implementation of the FLSA.

IT IS HEREBY ORDERED, that the Joint Motion for Approval of Settlement and Dismissal filed by the Plaintiffs and Defendant is GRANTED subject to the changes above, and that the action is DISMISSED with prejudice, each party to bear his/her or its own costs. The Court shall retain jurisdiction to address any disputes between the parties regarding the settlement agreement. The Clerk is also DIRECTED to close this case.

IT IS SO ORDERED, this 6th day of February, 2015.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT COURT